# Court of Appeals
## Tenth Appellate District of Texas

---

### 10-25-00138-CV

---

Brenda Simmons McGowen and Evelyn Simmons Woodfork,
Appellants

v.

Vanderbilt Mortgage & Finance, Inc.,
Appellee

---

On appeal from the
278th District Court of Walker County, Texas
Judge Tracy Sorenson, presiding
Trial Court Cause No. 2029747

---

JUSTICE SMITH delivered the opinion of the Court.

### MEMORANDUM OPINION

Brenda Simmons McGowen and Evelyn Simmons Woodfork appeal from a final judgment signed by the trial court on December 16, 2024. The appellants filed a motion for new trial on January 3, 2025. The appellants' notice of appeal was filed in the trial court on April 28, 2025. By letter from the Clerk of this Court dated April 29, 2025, the appellants were informed that the notice of appeal appeared to be untimely and requested a response relating

to whether this Court has jurisdiction over this appeal. No response has been filed.

We find that the notice of appeal was not timely. Accordingly, we dismiss this appeal for want of jurisdiction. TEX. R. APP. P. 26.1; 42.3(a).

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: May 29, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
CV06

